**Lenwood COLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36873.**

Missouri Court of Appeals,
Western District.

Oct. 8, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 3, 1985.

Application to Transfer Denied
Jan. 15, 1986.

Sean D. O'Brien, Public Defender, Kansas City, David S. Durbin, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before DIXON, P.J., and SOMERVILLE and NUGENT, JJ.

PER CURIAM:

Appeal from denial, without evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).